BEFORE THE FIRST DIVISION, SEPTEMBER 22, 1959

No. 63371.—Hanimex USA, Inc., and Frank P. Dow Co., Inc. *v.* United States, protests 274791–K and 289931–K (San Francisco).

346

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of photo enlargers the same in all material respects as those the subject of Abstract 61986, the claim of the plaintiffs was sustained.